IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DARRELL JOHN WILLIAMSON, <br><br> Plaintiff, <br><br> v. <br><br> JUDGE ADAM MOW et al. <br><br> Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER** <br><br><br> Case No. 4:20-CV-59-DN <br><br> District Judge David Nuffer |

On November 2, 2020, the Court ordered Plaintiff to within thirty days submit a signed form consenting to incremental collection of his filing fee from his inmate account. (ECF No. 14.) Plaintiff has not done so.

IT IS THUS ORDERED that Plaintiff's complaint is DISMISSED without prejudice for failure to comply with the Court's order and for failure to prosecute. *See* DUCivR 41-2.

DATED this 5th day of January, 2021.

BY THE COURT:

_____
DAVID NUFFER
United States District Judge